# United States District Court
# Central District of California

**UNITED STATES OF AMERICA vs.**  **Docket No.**  CR 15-581-KLS

**Defendant**  VICTOR MANUEL ARIAS CUCHO   **Social Security No.** __ __ __ __
akas:   (Last 4 digits)

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 10 | 28 | 15 |

**COUNSEL**  CHARLES BROWN, FPD
(Name of Counsel)

**PLEA**  [X] **GUILTY,** and the court being satisfied that there is a factual basis for the plea.  [ ] **NOLO CONTENDERE**  [ ] **NOT GUILTY**

**FINDING**  There being a finding/verdict of **GUILTY,** defendant has been convicted as charged of the offense(s) of: 16USC§1538 ( c) and (g), 1540(b): Unlawfully Trade In CITES Protected Species without a permit

**JUDGMENT AND PROB/ COMM ORDER**  The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of:

IT IS THE JUDGMENT OF THE COURT THAT THE DEFENDANT, VICTOR MANUEL ARIAS CUCHO, IS HEREBY PLACED ON PROBATION ON COUNT TWO OF THE INFORMATION FOR A TERM OF 2 YEARS UNDER THE FOLLOWING TERMS AND CONDITIONS:

1. THE DEFENDANT SHALL COMPLY WITH THE RULES AND REGULATIONS OF THE U.S. PROBATION OFFICE AND GENERAL ORDER 318;

2. DURING THE PERIOD OF PROBATION, THE DEFENDANT SHALL PAY THE SPECIAL ASSESSMENT AND FINE IN ACCORDANCE WITH THIS JUDGMENT'S ORDERS PERTAINING TO SUCH PAYMENT;

IT IS ORDERED THAT THE DEFENDANT SHALL PAY TO THE UNITED STATES A SPECIAL ASSESSMENT OF $25, WHICH IS DUE IMMEDIATELY.

IT IS ORDERED THAT THE DEFENDANT SHALL PAY A FINE IN THE TOTAL AMOUNT OF $7,500 PURSUANT TO 18 U.S.C. § 3663A.

THE AMOUNT OF THE FINE SHALL BE MADE PAYABLE TO THE LACEY ACT REWARD ACCOUNT AS FOLLOWS:

1. THE AMOUNT OF $3,750 OF THE TOTAL FINE SHALL BE PAID IMMEDIATELY.

2. THE REMAINING BALANCE OR $3,750 SHALL BE PAID DURING THE PENDENCY OF DEFENDANT'S PROBATION TERM.

USA vs.  VICTOR MANUEL ARIAS CUCHO                    Docket No.:           CR 15-581 KLS

THE DEFENDANT SHALL COMPLY WITH GENERAL ORDER NO. 01-05.

DEFENDANT IS ADVISED OF HIS RIGHT CONCERNING APPEAL.

BOND IS EXONERATED.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed.  The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

| USA vs. | VICTOR MANUEL ARIAS CUCHO | Docket No.: | CR 15-581 KLS |
|---|---|---|---|

October 28, 2015
Date

*Karen L. Stevenson*
U. S. Magistrate Judge KAREN L. STEVENSON

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court



October 28, 2015
Filed Date

By     Roxanne Horan Walker
Deputy Clerk

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

### STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, <u>for felony cases only</u>: not possess a firearm, destructive device, or any other dangerous weapon.

| USA vs. | VICTOR MANUEL ARIAS CUCHO | Docket No.: | CR 15-581 KLS |
|---|---|---|---|

☐  The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

### STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence (pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid):
    Non-federal victims (individual and corporate),
    Providers of compensation to non-federal victims,
    The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

### SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure; and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.


**RETURN**

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____ By _____
Date              Deputy Marshal

**CERTIFICATE**

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

_____ By _____
Filed Date         Deputy Clerk

---

**FOR U.S. PROBATION OFFICE USE ONLY**

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____                    _____
         Defendant                           Date

_____                              _____
U. S. Probation Officer/Designated Witness   Date

USA vs. VICTOR MANUEL ARIAS CUSHCO       Docket No.       CR 15-581 KLS

Case 2:15-cr-00581-KS    Document 22    Filed 10/28/15    Page 6 of 6    Page ID #:82

# NOTICE PARTY SERVICE LIST

Case No. _____  Case Title _____

Title of Document _____

| | | | |
|---|---|---|---|
| ☐ ADR | | ☐ US Attorney's Office - Civil Division -L.A. | |
| ☐ BAP (Bankruptcy Appellate Panel) | | ☐ US Attorney's Office - Civil Division - S.A. | |
| ☒ BOP (Bureau of Prisons) | | ☐ US Attorney's Office - Criminal Division -L.A. | |
| ☐ CA State Public Defender | | ☐ US Attorney's Office - Criminal Division -S.A. | |
| ☐ CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | ☐ US Bankruptcy Court | |
| ☐ Case Assignment Administrator | | ☒ US Marshals Service - Los Angeles (USMLA) | |
| ☐ Chief Deputy - Administration | | ☒ US Marshals Service - Riverside (USMED) | |
| ☐ Chief Deputy - Case Processing | | ☒ US Marshals Service - Santa Ana (USMSA) | |
| ☐ Chief Deputy - Judicial Services | | ☒ US Probation Office (USPO) | |
| ☐ CJA Supervising Attorney | | ☐ US Trustee's Office | |
| ☐ Clerk of Court | | ☐ Warden, San Quentin State Prison, CA | |
| ☐ Death Penalty H/C (Law Clerks) | | ☐ Warden, Central California Women's Facility | |
| ☐ Deputy-in-Charge Eastern Division | | ***ADD NEW NOTICE PARTY*** **(if sending by fax, mailing address must also be provided)** | |
| ☐ Deputy-in-Charge Southern Division | | Name: _____ | |
| ☐ Federal Public Defender | | Firm: _____ | |
| ☒ Fiscal Section | | Address (*include suite or floor*): | |
| ☐ Intake Section, Criminal LA | | | |
| ☐ Intake Section, Criminal SA | | | |
| ☐ Intake Supervisor, Civil | | *E-mail: _____ | |
| ☐ Managing Attorney, Legal Services Unit | | *Fax No.: _____ | |
| ☐ MDL Panel | | * For CIVIL cases only | |
| ☐ Ninth Circuit Court of Appeal | | ***JUDGE / MAGISTRATE JUDGE (list below):*** | |
| ☐ PIA Clerk - Los Angeles (PIALA) | | | |
| ☐ PIA Clerk - Riverside (PIAED) | | | |
| ☐ PIA Clerk - Santa Ana (PIASA) | | | |
| ☒ PSA - Los Angeles (PSALA) | | | |
| ☒ PSA - Riverside (PSAED) | | | |
| ☒ PSA - Santa Ana (PSASA) | | **Initials of Deputy Clerk    rh** | |
| ☐ Statistics Clerk | | | |

G-75  (wpd 10/15)       **NOTICE PARTY SERVICE LIST**